**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Abelardo Gonzalez-Reyes,<br><br>  Defendant. | No. CR-22-01719-001-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendant Gonzalez-Reyes's Pro Se Motion for a Reduction of Sentence Pursuant to 18 U.S.C. Section 3582(c)(2). (Doc. 29). Defendant requests a sentence reduction under recent United States Sentencing Guidelines ("U.S.S.G.") Amendment 821, which (among other things) modified the status points provision. (*Id.*). The Motion was reviewed by a Federal Public Defender ("FPD") in accordance with General Order 23-20 (November 8, 2023). (Doc. 30). On April 26, 2024, the FPD filed a notice indicating that she would not supplement Defendant's pro se filing.[1] (*Id.*). Consistent with General Order 23-20, a supplemental presentence report was prepared and filed. (Doc. 31).[2]

**I. BACKGROUND**

On February 28, 2023, Defendant was sentenced pursuant to a plea agreement. (Docs. 26-27). Consistent with the plea agreement (Doc. 26), this Court sentenced

---

[1] It does not appear from the record that a copy of this notice was sent to the Defendant, pro se. However, a copy was sent to his original counsel, Loyd C Tate, who never withdrew as counsel.

[2] This document was not served on anyone.

Defendant to 28 months of imprisonment, (Doc. 27).

**II. DISCUSSION**

Defendant is not eligible for a reduction of sentence in this case because even using the amended guidelines, Defendant received a sentence below the amended guideline minimum. (Doc. 31).[3]

Accordingly,

**IT IS ORDERED** denying Defendant's Motion for a Reduction of Sentence Pursuant to 18 U.S.C. Section 3582(c)(2) (Doc. 29).

Dated this 4th day of June, 2024.

James A. Teilborg
Senior United States District Judge

---

[3] Additionally, in his plea agreement, Defendant expressly waived his right to file a motion for modification of sentence pursuant to 18 U.S.C. § 3582(c). (Doc. 26 at 5, lines 26-27). Thus, alternatively, because Defendant waived the right to file the currently pending motion, relief is denied. *See United States v. Villa-Luna*, No. CR-17-1764-01-TUC-CKJ, 2024 WL 1240289, at *2 (D. Ariz. Mar. 22, 2024) ("The Court finds, therefore, Villa-Luna has waived the right [to] request a reduction of sentence based on the amended guidelines regarding zero criminal history points."); *United States v. Fernandez*, No. CR-21-0955-01-PHX-DLR, 2024 WL 915247, at *1 (D. Ariz. Mar. 4, 2024) (same); *United States v. Maldonado*, No. CR-22-0890-01-TUC-DLR, 2024 WL 915223, at *1 (D. Ariz. Mar. 4, 2024) (same).